IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OHIO CASUALTY INSURANCE CO., et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>WEEDS NO MORE, INC., et al., )<br>)<br>Defendants. ) | CA 5-1103 |

AMBROSE, Chief District Judge.

## ORDER OF COURT

**AND NOW**, this **23rd day of August, 2005**, the parties to the above-captioned action have reached an amicable settlement of their respective claims and stipulate that the action may be dismissed with prejudice.

It is, accordingly, **ORDERED** that the above-captioned action is hereby **DISMISSED** with prejudice pursuant to Fed.R. Civ.P.41(a)(2). Entry of the foregoing Order is hereby consented to this **23rd day of August, 2005.**

BY THE COURT:

*/s/ Donetta W. Ambrose*
Donetta W. Ambrose,
Chief U. S. District Judge

*/s/ Lucinda E. Davis*
Attorney for Plaintiff

_____
Attorney for Plaintiff

*/s/*
Attorney for Defendant

*/s/*
Attorney for Defendant

1